UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RICHARD CLAYTON DELL | * | CIVIL ACTION |
| | * | |
| versus | * | NO. 3:20-cv-00574 |
| | * | |
| ILLINOIS CENTRAL RAILROAD COMPANY, ET AL | * | JUDGE DEGRAVELLES |
| | * | |
| | * | MAG. J. JOHNSON |

* * * * * * * * * * * * * * * * * *

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 16(c), Plaintiff, Richard C. Dell, and Defendant, Illinois Central Railroad Company (collectively the "Parties"), each appearing through duly authorized record counsel, hereby notify the Court that the Parties have resolved all claims in the above-captioned matter, subject to the execution of a written settlement agreement. Due to various schedules, the Parties require additional time to complete the documentation. The Parties respectfully request the court enter a conditional 60-day order of dismissal, allowing for reinstatement of the matter if the settlement is not consummated within such time.

**[Signature on following page]**

Respectfully submitted,

/s/ *Kenneth L. Tolar*_____
KENNETH L. TOLAR (#22641)
Tolar Harrigan & Morris LLC
1055 St. Charles Ave.
Suite 208
New Orleans, LA 70130
Telephone: 504-571-5317

*And,*
/s/ *Bradley R. Belsome*
BRADLEY R. BELSOME, T.A. (#27958)
BRODIE G. GLENN (#33152)
LANCE V. LICCIARDI, JR. (#38817)
Bradley Murchison Kelly & Shea LLC
1100 Poydras Street, Suite 2700
New Orleans, Louisiana 70163
Telephone: 504-596-6300
Facsimile: 504-596-6301
Email: bbelsome@bradleyfirm.com
 bglenn@bradleyfirm.com
 llicciardi@bradleyfirm.com
Attorneys for Defendant,
Illinois Central Railroad Company

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the parties.

/s/ *Bradley R. Belsome*
Bradley R. Belsome